**Order filed January 10, 2012.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-11-00672-CV**

————————

**VARENDA WILLIAMS, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee**

---

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 990662**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the Court informed this court that appellant had not made arrangements for payment for the reporter's record. On October 18, 2011, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before **February 6, 2012.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.

PER CURIAM